UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MYRTEN BYRD, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CV 1439 CDP |
| ) | |
| TVI, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER OF REMAND

Having construed defendants' motion to withdraw removal as consent to remand,

**IT IS HEREBY ORDERED** that defendants' motion [5] is granted, and this case is remanded to the Circuit Court of St. Louis County, Missouri.

**IT IS FURTHER ORDERED** that all pending motions are denied without prejudice to being refiled in state court.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of September, 2015.